AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Hector PENA-GARCIA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. **5:19-mj-532** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 23, 2018__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(5)(B) | Possession of a firearm and ammunition by an alien has been admitted into the United States under a nonimmigrant visa |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

/s/ Mario Duty
*Complainant's signature*

Mario Duty, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/29/2019

*Judge's signature*

City and state: Laredo, Texas

John A. Kazen, United States Magistrate Judge
*Printed name and title*

5:19-mj-532

## ATTACHMENT A

On August 23, 2018, an investigation being conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) concluded that Hector PENA-GARCIA, an alien admitted into the United States under a non-immigrant visa, was in possession of firearms. After consultation with other federal agencies and contacts, ATF determined that PENA-GARCIA had, in fact, been admitted into the United States under a non-immigrant visa, barring him from possession of firearms and ammunition.

Agents with ATF, along with agents and task force officers assigned to the Drug Enforcement Agency (DEA) interviewed PENA-GARCIA. who stated that he had four firearms in his possession.

Later on August 23, 2018, agents went to the residence of PENA-GARCIA located at the 7700 block of Springfield Ave, Laredo, TX, were PENA-GARCIA forfeited one (1) Arsenal Firearms, model Strike One, 9 millimeter pistol bearing serial number AF1230A; one (1) Walther, model PPQ, .22 caliber pistol bearing the serial number PP016463; and 514 rounds of live ammunition in assorted calibers.

ATF and DEA agents and task force officers traveled to the 200 block of Aquero Blvd., Laredo, TX, where PENA-GARCIA's girlfriend resided. DEA task force officers accompanied PENA-GARCIA inside the location of and retrieved one (1) Smith & Wesson, model M&P 15, .22 LR caliber rifle bearing the serial number DZT6322.

Also, ATF and DEA agents and task force officers traveled to a location on the 3300 block of Santa Maria Ave., Laredo, TX, where PENA-GARCIA stated the below firearm was being cleaned for him. DEA task force officers accompanied PENA-GARCIA inside the location of and retrieved one (1) CZ, model Scorpion Evo 31, 9 millimeter rifle bearing the serial number C116516.

All firearms and ammunition were forfeited by PENA-GARCIA and taken into ATF custody. The firearms were manufactured outside the state of Texas and transported in interstate or foreign commerce.